UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SHARON MAHN,<br><br>*DEBTOR,*<br><hr><br>MAJOR, LINDSEY & AFRICA, LLC,<br><br>*PLAINTIFF,*<br>V.<br><br>SHARON MAHN,<br><br>*DEFENDANT.* | Chapter 7<br><br>Case No. 22-11466-MG<br><br><br><br>Adv. No. 24-ap-02822 |

**STIPULATION AND ORDER GRANTING
EXTENSION OF DEFENDANT'S TIME TO
<u>ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that:

1. On July 5, 2024, Major, Lindsey & Africa, LLC ("Plaintiff") filed a Complaint (the "Complaint") in the above-referenced adversary proceeding (the "Adversary Proceeding") Index No. 1:24-ap-02822 (Docket 1) as against Sharon Mahn (the "Defendant").

2. On July 9, 2024 the Clerk's Office issued a Summons with Notice of Pre-Trial Conference indicating that Defendant's time to answer is due by August 8, 2024 (Docket 2).

3. By entering into this Stipulation, Defendant is not waiving any defenses available to Defendant in law or in equity.

4. Plaintiff hereby extends Defendant's time to answer, move, or otherwise respond to the Complaint to and including October 1, 2024.

5. Brazzano Law PLLC is entering here a limited and special appearance on behalf

1

of Defendant, solely for the purpose of this Stipulation and Proposed Order, in extending Defendant's time to answer, move, or otherwise respond to the Complaint, and for no other purpose whatsoever.

6. Each of the Parties below represents and warrants that he, she, or it is fully authorized to enter into this Stipulation on behalf of the named Party and is fully authorized to bind the Party to all of the terms of this Stipulation.

7. This Stipulation may be signed in counterparts and signatures made and transmitted by email or other electronic means shall constitute an originally signed Stipulation for all purposes.

8. This Stipulation is subject to the approval of the Court.

Dated: August 6, 2024
New York, New York

| **SMITH GAMBRELL & RUSSELL LLP** | **BRAZZANO LAW PLLC** |
|---|---|
| By: /s/ Elizabeth L. Janczak<br>One of Its Attorneys<br>Elizabeth L. Janczak, Esq.* | By: /s/ Rebecca Brazzano<br>Rebecca Brazzano |
| 311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606-6677<br>Telephone: 312.360.6000<br>Facsimile: 312.360.6520<br>ejanczak@sgrlaw.com | 43 West 43rd Street, Suite 264<br>New York, New York 10036<br>Telephone: 562.685.3812<br>rbrazzano@brazzanolaw.com |
| *Counsel for the Plaintiff*<br>*Admitted pro hac vice | *Limited Appearance for<br>Defendant Sharon Mahn* |

**IT IS SO ORDERED.**

Dated: August 8, 2024
New York, New York

                                              **/s/ Martin Glenn**
                                              MARTIN GLENN
                               Chief United States Bankruptcy Judge