# STARR & STARR

## PLLC

### ATTORNEYS AT LAW

**Stephen Z. Starr**
**Vildan E. Starr**

**260 Madison Avenue**
**17th Floor**
**New York, NY 10017**

**www.starrandstarr.com**

**Tel: (212) 867-8165**
**Fax: (212) 867-8139**

sstarr@starrandstarr.com

December 26, 2024

## VIA ECF

The Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Deanna Marie Anderson, Courtroom Deputy

      Re: Major, Lindsey & Africa, LLC v. Sharon Mahn,
      Adversary Proceeding No 24-02822 (MG)

Dear Ms. Anderson:

We represent defendant Sharon Mahn in the above-referenced adversary proceeding.

The purpose of this letter is to confirm that the hearing scheduled before Chief Judge Glenn on January 9, 2025 at 2:00 p.m. by Zoom for gov has been adjourned by the Court *sua sponte* to February 5, 2025 at 2:00 p.m. by Zoom for gov. Counsel for all parties have confirmed their availability on the adjourned date and time.

I can be reached at (212) 867-8165 if there are any questions regarding this letter.


Respectfully submitted,

/s/ Stephen Z. Starr
Stephen Z. Starr

cc:

Elizabeth L. Janczak, Esq. (via email)
(Counsel to Plaintiff, Major Lindsey & Africa, LLC)